# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Derrick Callella; DOB: 1983; USC | **DOCKET NO.** |
| | **MAGISTRATE'S CASE NO.**<br><br>26-04209MJ |

Complaint for violation of Title 18 U.S.C. § 875a and Title 47 U.S.C. § 223(a)(1)(C).

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**COUNT I**

On or about February 4, 2026, Defendant DERRICK CALLELLA (CALLELLA), with the intent to transmit a demand for ransom, did transmit in interstate or foreign commerce any communication containing any demand or request for a ransom or reward for the release of any kidnapped person, in violation of Title 18, U.S.C. § 875a.

**COUNT II**

On or about February 4, 2026, Defendant DERRICK CALLELLA (CALLELLA), in interstate or foreign communications, made a telephone call and utilized a telecommunications device, whether or not conversation or communication ensues, without disclosing his identity and with intent to abuse, threaten, or harass any specific person, in violation of Title 47 U.S.C. §223(a)(1)(C);

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**\*\*\*CONTINUED ON PAGES TWO THROUGH THREE\*\*\***

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:

| DETENTION REQUESTED | SIGNATURE OF COMPLAINANT |
|---|---|
| | KERRY WITHERSPOON    Digitally signed by KERRY WITHERSPOON<br>Date: 2026.02.05 10:39:29 -07'00' |
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME: |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>February 5, 2026 |
|---|---|
| *Maria S. Aguilera* | |

[1] **See Federal rules of Criminal Procedure Rules 3 and 54**

Reviewing AUSAs Jane L Westby/Austin Fenwick

**CRIMINAL COMPLAINT**
**CONTINUED**

United States of America
       vs.
Derrick Callella

26-04209MJ

### The Disappearance of N.G.

N.G. was last seen inside her residence in the Catalina Foothills community outside Tucson, Arizona, on January 31, 2026.  N.G. is an 84-year-old woman with mobility issues that likely preclude her from walking long distances unassisted.  On the morning of February 1, 2026, a friend of N.G.'s contacted the victim's family and notified them that N.G. had not attended church that morning.   At approximately noon on February 1, 2026, N.G's family entered her residence and determined that she was missing and reported her disappearance to law enforcement.   Law enforcement arrived shortly thereafter and determined that N.G. had left basic essentials inside her home including her wallet, car, cellphone, hearing aid, and medication.  N.G.'s blood was found on the outside of her residence near the porch.

On February 2, 2026, KOLD, a CBS affiliate in Tucson, Arizona, received a ransom demand via their online tip portal.  The demand listed a Bitcoin wallet address to receive the ransom payment.

On February 4, 2026, N.G.'s family published a video asking N.G.'s kidnappers to contact them about their mother.

### COUNTS 1 AND  2

On or about February 4, 2026, shortly after the video was published, A.C. and T.C., the daughter and son-in-law of N.G., both separately received a text message from the following phone number 760-209-0552 (the "0552 Number") stating: "Did you get the bitcoin were [sic] waiting on our end for the transaction".   A.C. and T.C. received these texts while in Arizona.

Law enforcement was able to determine through open-source methods that the 0552 Number was associated with a voice over internet protocol (VOIP) text and call application that allows users to obtain another phone number for their mobile device separate from the number assigned to them by their wireless carrier.   Law enforcement submitted an emergency disclosure request for the 0552 Number.  Based on the records provided for the 0552 Number was registered to the following email address: derrickcallella@gmail.com.  The records also indicated that the 0552 Number had been accessed from the following IP address: 70.93.243.103 (the "103 IP Address") at approximately 6:02 p.m. on February 4, 2026.  Law enforcement submitted an emergency disclosure request to the internet provider for the 103 IP Address and determined that the 103 IP address was associated with CALLELLA's residence in California.

2

## CRIMINAL COMPLAINT
## CONTINUED

United States of America
     vs.

Derrick Callella

26-04209MJ

After Miranda warnings, CALLELLA admitted to sending the two text messages. He admitted to using the VOIP account from which two actual text messages came from.  CALLELLA stated that he pulled family information from a cyber website, and that he had been following along and watching TV.   When he said that he sent text messages he was trying to see if the family would respond.  Data received shows that approximately three minutes after the text messages, CALLELLA called a family member of the N.G. which lasted 9 seconds.

The two text messages have not been linked to the February 2, 2026, ransom demand.

KERRY WITHERSPOON
Digitally signed by KERRY WITHERSPOON
Date: 2026.02.05 10:35:28 -07'00'

Special Agent Kerry Witherspoon
Federal Bureau of Investigation

Subscribed and sworn to telephonically
this   5th   day of February, 2026.

Maria S. Aguilera
United States Magistrate Judge
District of Arizona

3