TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JANE L. WESTBY
AUSTIN L. FENWICK
SARAH J. PRECUP
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Sarah.precup@usdoj.gov
Attorneys for Plaintiff

FILED ✓
RECEIVED
LODGED
COPY

MAR 2 7 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 4:26-CR-00940-TUC-JCH (JR) |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION TO UNSEAL CASE |
| vs. | |
| Derick Anthony Callella, | (Paper Filed In A Sealed Case All Defendant Name(s) to Be Made Public) |
| Defendants. | |

The United States of America, by and through its undersigned attorneys, respectfully requests that this Court enter an Order to:

1.    Unseal the case.

2.    It is the intent of the government to unseal the entire case and *(check one)*:

☒    The government is not specifying any documents to remain sealed.

☐    The government requests that the following documents be ordered sealed:

3.    Pursuant to the March 2004 Judicial Conference guidance, certain criminal documents shall not be included in the public case file and should not be made available to the public at the courthouse or via remote electronic access: unexecuted summonses or warrants of any kind (e.g., search warrants, arrest warrants);  pretrial bail or presentence investigation reports; statements of reasons in the judgment of conviction; juvenile records;

documents containing identifying information about jurors or potential jurors; financial affidavits filed in seeking representation pursuant to the Criminal Justice Act; *ex parte* requests for authorization of investigative; and expert or other services pursuant to the Criminal Justice Act. Accordingly, the government requests that documents in those categories remain sealed without further order of the Court.

Respectfully submitted this 27th day of March, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

JANE L. WESTBY
AUSTIN L. FENWICK
SARAH J. PRECUP
Assistant U.S. Attorneys

- 2 -