IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 4:26-CR-00940-TUC-JCH (JR) |
| Plaintiff, | |
| vs. | ORDER |
| Derrick Anthony Callella, | |
| Defendant. | |

On motion of the United States of America,

IT IS ORDERED that the Clerk shall unseal this case.

Dated: ___3/30/2026_____

Jacqueline M. Rateau
Jacqueline Rateau
United States Magistrate Judge