Law Office of
**KRISTIAN H. SALTER**
177 N. Church Avenue, Suite 903
Tucson, AZ 85701-1120
(520)623-5706
FAX: (520)623-1716
State Bar No. 026810 / PCC No. 66213
salterlawoffice@gmail.com
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.: 26-cr-00940-TUC-JCH (JR) |
| Plaintiff, | |
| vs. | **Second Motion to Continue Plea Deadline and Trial Date** |
| Derrick Anthony Callella, | Defendant OUT of Custody<br>English Speaking-No Interpreter Needed |
| Defendant. | |

It is expected excludable delay under 18 U.S.C. § 3161(h)(1)(F) will occur as a result of this motion or order based thereon.

Defendant, Derrick Anthony Callella, by and though Counsel undersigned, hereby requests this Honorable Court to continue the trial currently set for June 23, 2026, at 9:30am, and plea deadline of June 5, 2026, for the following reason:

Additional time is necessary to investigate the facts and circumstances underlying the alleged misconduct in order to prepare for trial with an exercise of due diligence, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and allow continuing negotiations with the goal of reaching a mutually agreeable non-trial disposition.

The Defendant respectfully requests a continuance of at least thirty (30) days.

MOTION TO CONTINUE TRIAL AND PLEA DEADLINE

Assistant United States Attorney Jane Westby has been contacted and has no objection to this motion.

RESPECTFULLY SUBMITTED on this 2nd day of June, 2026.

LAW OFFICE OF RUBIN SALTER, JR.

/s/ *Kristian H. Salter*
Kristian H. Salter

**Certificate of Service:**

I hereby certify that on June 2, 2026, I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

All CM/ECF recipients

MOTION TO CONTINUE TRIAL AND PLEA DEADLINE