Law Office of Rubin Salter, Jr.
177 N. Church Avenue
Suite 903
Telephone: (520) 623-5706
Fax: (520) 623-1716
**KRISTIAN H. SALTER**
State Bar  No. 026810 / PCC No. 66213
Email: salterlawoffice@gmail.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>vs.<br><br>Derek Anthony Callella,<br><br>        Defendant | **CASE NO.: 26-CR-00940-TUC-JCH (JR)**<br><br>**NOTICE OF CHANGE OF PLEA**<br>Defendant OUT of Custody<br><br>English speaking (No Interpreter Required) |

        PLEASE TAKE NOTICE that Defendant Derek Anthony Callella will enter a Change of

Plea in the above-captioned matter on Thursday, July 2, 2026, at 10:20 A.M., before Magistrate

Judge Jacqueline Rateau at the United States District Court, 405 W. Congress Street, Tucson, AZ

85701.

        RESPECTFULLY SUBMITTED on this 10th day of June, 2026.

LAW OFFICE OF RUBIN SALTER, JR.

 /s/ *Kristian H. Salter*
Kristian H. Salter
Attorney for Defendant

**Certificate of Service:**
I hereby certify that on June 10, 2026, I electronically transmitted the attached
document to the Clerks' Office using the CM/ECF System for filing and transmittal
of a Notice of Electronic Filing to the following CM/ECF registrants:

ALL EM/ECF PARTICIPANTS

NOTICE OF CHANGE OF PLEA - 1