☒ FILED ☐ LODGED

**Jul 2 2026**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | No. 4:26-cr-00940-JCH-JR-1 |
| Plaintiff, | |
| v. | **WAIVER AND ORDER**<br>**Amendment of Release Conditions** |
| Derrick Callella | |
| Defendant. | |

I recognize I have a statutory right under 18:3145, 3148(b), and Federal Rules of Criminal Procedure, Rule 44, to assistance of counsel and a hearing before my Pretrial Release conditions are amended.

I hereby voluntarily waive my statutory right to a hearing and agree to the following amendment of my release conditions:

The following condition shall be added:

The defendant shall reside at an inpatient substance use treatment facility or a halfway house, as deemed appropriate, and shall follow all program requirements including the directions of staff members. The defendant is required to make a copayment toward the cost of services as directed the Pretrial Services Division. The U.S. Marshal Service is authorized, if requested by the program director or an authorized staff member, to remove the defendant from the program for noncompliance at any time including evenings, weekends and holidays and place the defendant in temporary custody pending court proceedings. Upon completion, the defendant is allowed to reside at a residence approved by the Pretrial Services Division.

Jane Westby
July 2, 2026
Assistant U.S. Attorney / Date

Kristian Harrison Salter
July 2, 2026
Defense Counsel / Date

_____
Derrick Callella
July 2, 2026
Defendant / Date

_____
Sean David Gallagher
July 2, 2026
Intensive Supervision Specialist / Date

**ORDER OF THE COURT**

Considered and ordered this

____2nd____ day of __July__

and ordered filed and made a part
of the records in the above case.

_____
Jacqueline M. Rateau
U.S. Magistrate Judge

- 2 -