Law Office of Rubin Salter, Jr.
177 N. Church Avenue
Suite 903
Tucson, Arizona 85701
Telephone: (520) 623-5706
Fax: (520) 623-1716
KRISTIAN H. SALTER
State Bar No. 026810 / PCC No. 66213
Email: kristian.salter@gmail.com
Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Derrick Anthony Callella,<br><br>Defendant. | CASE NO.: 4:26-CR-00940-JCH-EJM<br><br>MOTION TO ACCELERATE THE SENTENCING HEARING<br><br>(Assigned to the Honorable John C. Hinderaker) |

COMES NOW, the Defendant, Derrick Anthony Callella, by and through counsel undersigned, and hereby requests that this Honorable Court accelerate the sentencing hearing in the above-captioned matter, currently scheduled for September 10, 2026 at 3:50 p.m., to August 31, 2026, at 2:10 PM for the following reasons:

Mr. Callella pleaded guilty to the Indictment on July 2, 2026. Per agreement of the parties, the Court signed a Waiver and Order amending Mr. Callella's conditions of release to require that he reside at and participate in an inpatient substance abuse treatment facility. Mr. Callella has since been residing at and participating in inpatient treatment at CBI in Tucson, Arizona, and he is scheduled to complete that program on or about August 31, 2026.

Mr. Callella is a resident of the State of California and has no residence in the District of Arizona. If the sentencing hearing remains on September 10, 2026, Mr. Callella will

complete inpatient treatment on or about August 31 and then face approximately ten days with no place to live in this District. He would be required either to secure interim placement in Tucson, such as a halfway house, or to travel to California and return to Arizona for the hearing. Neither option is workable, and the days immediately following completion of inpatient treatment are a period of recognized vulnerability. Accelerating the hearing would permit Mr. Callella to proceed directly from the treatment program to sentencing and, depending on the disposition, to return home without an intervening gap.

Mr. Callella has waived the 35-day presentence report disclosure period under Fed. R. Crim. P. 32(e)(2). The draft presentence report has now been disclosed to counsel and to the United States. Counsel will submit objections or a no-objection response promptly and accepts a compressed schedule under Fed. R. Crim. P. 32(f)(1). Mr. Callella is prepared to confirm both waivers on the record.

Counsel has conferred with Assistant United States Attorney Jane L. Westby, and she has no objection to this request. Pretrial Services Officer Sean Gallagher has no objection. United States Probation Officer Willow Stokes asked that this motion not be filed until after the draft presentence report was disclosed, so that an accelerated setting would not render her report retroactively past due. That disclosure has now occurred.

Counsel has been in contact with the honorable court's chambers and have been given a date of August 31, 2026 at 2:10 PM.

WHEREFORE, for the above stated reasons, counsel respectfully requests that the sentencing hearing in this matter be accelerated to August 31, 2026, at 2:10 PM..

RESPECTFULLY SUBMITTED on this 12th day of August 2026.

LAW OFFICE OF RUBIN SALTER, JR.

Kristian H. Salter

**Certificate of Service:**

I hereby certify that on August 12th, 2026, I electronically transmitted the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

ALL CM/ECF Participants

I further certify that on the same date I transmitted a copy of the foregoing document by electronic mail to Willow Stokes, Senior United States Probation Officer, and to Sean Gallagher, Pretrial Services Officer.